```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DIRK P. HARVEY,

                         Plaintiff,
                                              No. 02-CV-1329
        v.                                       (FJS/GHL)

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.
_____
```

**APPEARANCES:**                              **OF COUNSEL**

OLINSKY & DI MARTINO                          HOWARD D. OLINSKY, ESQ.
Counsel for Plaintiff
186 West First Street
Historic First National Bank
Oswego, New York 13126


HON. GLENN T. SUDDABY                         WILLIAM H. PEASE, ESQ.
United States Attorney                        Assistant U.S. Attorney
    for the Northern
District of New York
Counsel for Defendant
Post Office Box 7198
900 Federal Building
Syracuse, New York   13261-7198


**FREDERICK J. SCULLIN, JR., C.D.J.:**


**DECISION AND ORDER**


    The above-captioned matter having been presented to me by

the Report-Recommendation of Magistrate Judge George H. Lowe

filed January 5, 2006, and the Court having reviewed the Report-

Recommendation and the entire file in this matter, and no

objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge George H. Lowe filed January 5, 2006 is **ACCEPTED** in its entirety for the reasons stated therein, and it is further

**ORDERED**, that this matter is **REMANDED** to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

DATED: January 24, 2006
       Syracuse, New York

Frederick J. Scullin, Jr.
Chief United States District Court Judge