# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

DIRK P. HARVEY

               V.            CASE NUMBER: 6:02-CV-1328(FJS/GHL)

COMMISSIONER OF SOCIAL
SECURITY

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff against defendant, remanding this case to the Commissioner for further proceedings pursuant to the Decision and Order of the Hon. Frederick J. Scullin, Jr. filed on January 24, 2006.

DATED:    January 24, 2006

*[signature]*
Clerk of Court

LKB:lmp